NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Nicholas M. Wajda
Wajda Law Group, APC
11400 West Olympic Boulevard, Suite 200M
Los Angeles, CA 90064
Telephone: (310) 997-0471

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIM VASQUEZ,<br><br>Plaintiff(s),<br>v.<br>SWIFT FUNDS, LLC and TRANSUNION, LLC,<br><br>Defendant(s) | CASE NUMBER:<br>2:19-cv-04749<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _ALIM VASQUEZ_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Alim Vasquez | Plaintiff |
| Swift Funds, LLC | Defendant |
| TransUnion, LLC | Defendant |
| Wajda Law Group, APC | Attorney for Plaintiff |

5/31/2019
Date

/s/ Nicholas M. Wajda
Signature

Attorney of record for (or name of party appearing in pro per):

Nicholas M. Wajda

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**