Name and address:

Nicholas M. Wajda
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIM VASQUEZ,<br><br>                                   Plaintiff(s)<br>v.<br>SWIFT FUNDS, LLC and TRANSUNION, LLC,<br><br>                                  Defendant(s). | CASE NUMBER<br>2:19-cv-04749-KS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hatzidimitriadis, Taxiarchis

*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

*Firm/Agency Name & Address*

(630) 575-8181       (630) 575-8188
*Telephone Number*    *Fax Number*

thatz@sulaimanlaw.com
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

Alim Vasquez

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Wajda, Nicholas M.

*Designee's Name (Last Name, First Name & Middle Initial)*

of

Wajda Law Group, APC
11400 Olympic Boulevard, Suite 200M
Los Angeles, CA 90064

*Firm/Agency Name & Address*

259178         (310) 997-0471      (866) 286-8433
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

nick@wajdalawgroup.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge