1  TAXIARCHIS HATZIDIMITRIADIS
2  thatz@sulaimanlaw.com
   SULAIMAN LAW GROUP, LTD.
3  2500 South Highland Avenue, Suite 200
4  Lombard, IL 60148
   Telephone: (630) 575-8181
5  Facsimile: (630) 575-8188
6  *Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIM VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>SWIFT FUNDS, LLC and TRANSUNION, LLC<br><br>Defendants. | Case No. 2:19-cv-04749-SVW-AFM<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLMENT

PLEASE TAKE NOTICE ALIM VASQUEZ, ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendants, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court

to stay all proceedings until that time.

Respectfully submitted this 19th day of August 2019.

                                        s/ Taxiarchis Hatzidimitriadis
                                        Taxiarchis Hatzidimitriaidis
                                        *Admitted Pro Hac Vice*
                                        Sulaiman Law Group, Ltd.
                                        2500 S. Highland Avenue, Suite 200
                                        Lombard, IL 60148
                                        (630) 575-8181
                                        thatz@sulaimanlaw.com
                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                        s/ Taxiarchis Hatzidimitriadis
                                        Taxiarchis Hatzidimitriaidis